No. 87–113. HERCEG ET AL. v. HUSTLER MAGAZINE, INC. C. A. 5th Cir. Certiorari denied.

No. 87–303. DOCUTEL/OLIVETTI CORP. ET AL. v. FINKEL; and No. 87–494. FINKEL v. DOCUTEL/OLIVETTI CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–603. MIERA ET AL. v. GARCIA, A MINOR, BY HER NEXT FRIENDS, GARCIA ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–628. BRANCH v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–671. CONNECTICUT ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–835. ROBINSON HUMPHREY/AMERICAN EXPRESS, INC., ET AL. v. SANDERS ET AL.; No. 87–836. PAINEWEBBER GROUP, INC. v. PARKER, AS CUSTODIAN FOR PARKER, ET AL.; and No. 87–932. J. C. BRADFORD & CO. v. KIRKPATRICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–860. WOODS ET AL. v. FEDERAL HOME LOAN BANK BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–902. BETHEL BAPTIST CHURCH ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–911. CONTINENTAL GROUP, INC., ET AL. v. MCLENDON ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–930. JAMES D. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.